| | |
|---|---|
| James H. Wilkins, #116364<br>Stephanie M. Grewal, #258691<br>WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>6785 N. Willow Ave.<br>Fresno, CA 93710<br>Telephone: (559) 438-2390<br>Facsimile: (559) 438-2393 | (SPACE BELOW FOR FILING STAMP ONLY) |

Attorneys for Defendant, ALVIN ROBERTS AND SHIRLEY ROBERTS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIN ROBERTS, SHIRLEY ROBERTS, ALFONSO GARCIA, JESSIE HERNANDEZ, ALBERT HUNG, MANUEL A.P. GONZALEZ,, and Does 1 through , inclusive.<br><br>    Defendants. | Case Number 2:11-CV-00740-MCE-KJN<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON** |

THE PARTIES IN THE ABOVE-ENTITLED ACTION, Plaintiff, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, and Defendants, ALVIN ROBERTS, SHIRLEY ROBERTS, ALFONSO GARCIA, JESSIE HERNANDEZ, ALBERT HUNG, MANUEL A.P. GONZALEZ, and ALLSTATE INSURANCE COMPANY, formally request that the court grant an extension of time to file the joint status report, which is currently due on May 27, 2011, until June 10, 2011.

The parties held the joint status conference on May 18, 2011, and since that time have been working together to prepare the joint status report to file on timely basis. However, due to unavailability of counsel for ALVIN ROBERTS and SHIRLEY ROBERTS until May 31, 2011, not

1  all of the parties will be able to complete those portions of the joint status report and approve the
2  content of the complete joint status report by Friday, May 27, 2011.  Accordingly, the parties herein
3  agree to an extension and request the Court grant an extension of time to file the joint status report
4  until  Friday, June 10, 2011.

5  Dated: May 24,  2011                    MECKLER BULGER TILSON MARICK & PEARSON LLP

8                                          By:   /s/ David P. Borovsky
                                                KAREN L. UNO
9                                                DAVID P. BOROVSKY
                                                Attorneys for Plaintiff
10                                               ALLIED PROPERTY AND
                                                CASUALTY INSURANCE
11                                               COMPANY

12 Dated: May 24, 2011                      WILKINS, DROLSHAGEN & CZESCHINSKI LLP

15                                          By:   /s/ Stephanie M. Grewal
                                                JAMES H. WILKINS
16                                               STEPHANIE M. GREWAL
                                                Attorneys for Defendants
17                                               ALVIN ROBERTS AND SHIRLEY
                                                ROBERTS

19 Dated: May 24, 2011                      SNR DENTON US LLP

21                                          By:   /s/ Cynthia Liu
                                                MICHAEL BARNES
22                                               CYNTHIA LIU
                                                Attorneys for Defendant
23                                               ALLSTATE INSURANCE COMPANY

24 Dated: May 24, 2011                      CAVAZOS LAW FIRM

26                                          By:   /s/ Hector Cavazos, Jr.
27                                               HECTOR CAVAZOS, JR.
                                                Attorneys for Defendant
28                                               JESSE HERNANDEZ

WILKINS,
DROLSHAGEN &
CZESCHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

2

REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON

Dated: May 24, 2011                                LAW OFFICES OF PAUL B. JUSTI

                                          By:    /s/ Paul B. Justi
                                                 PAUL B. JUSTI
                                                 Attorneys for Defendants
                                                 ALBERT HUNG and ALFONSO
                                                 GARCIA

**ORDER**

     IT IS SO ORDERED. An extension to file the joint status report is hereby granted and the deadline to file the joint status report is Friday, June 10, 2011.

Dated: May 27, 2011

                                                 _____
                                                 MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

3

REQUEST FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND ORDER THEREON