UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSIE HERNANDEZ dba TARP SERVICES,<br><br>          Defendant. | No.  2:11-cv-00740 MCE-KJN |
| ATAIN SPECIALTY INSURANCE COMPANY fka USF INSURANCE COMPANY, a Michigan corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JESSIE HERNANDEZ dba TARP SERVICES,<br><br>          Defendant. | No.  2:13-cv-00530 MCE-DAD<br><br>**ORDER** |

///
///
///
///
///

1

1   The Court received the Notice of Related Cases filed November 19, 2013.

2   Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is affected.  Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

Because the cases are already assigned to the same district judge, this Order is issued to reassign the case from Magistrate Judge Dale A. Drozd to Magistrate Judge Kendall J. Newman for all further proceedings.

IT IS THEREFORE ORDERED that the action denominated No. 2:13-cv-00530 MCE-DAD, ATAIN Specialty Insurance Company v. Jessie Hernandez is reassigned from Magistrate Judge Drozd to Magistrate Judge Kendall J. Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:13-cv-00530-MCE-KJN.

IT IS SO ORDERED.

Dated:  January 3, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT